IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**ROBERT RANGEL,**

    **Plaintiff,**

**v.**                                                       **No. CIV 15-00731 LAM/GBW**

**DEPUTY SHERIFF WILMETH; SHERIFF**
**SARGENT COLLINS; THE CITY OF**
**HOBBS POLICE DEPARTMENT; and**
**LEA COUNTY SHERIFF'S DEPARTMENT,**

    **Defendants.**

### ORDER OF DISMISSAL OF PLAINTIFF'S COMPLAINT WITH PREJUDICE AS TO DEFENDANT CITY OF HOBBS/HOBBS POLICE DEPARTMENT

**THIS MATTER** is before the Court on Plaintiff's *Motion to Dismiss Plaintiff's Complaint With Prejudice as to Defendant City of Hobbs/Hobbs Police Department (Doc. 14)*, filed March 10, 2016. Having considered the motion, record of the case, and relevant law, the Court **FINDS** that the Motion shall be **GRANTED**.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that Plaintiff's motion to dismiss [*Doc. 14*] is **GRANTED** and Plaintiff's Complaint against Defendant City of Hobbs/Hobbs Police Department is **DISMISSED with prejudice**. Each party shall pay his or its own costs and attorneys' fees.

**IT IS SO ORDERED.**

*/s/ Lourdes A. Martinez*
**LOURDES A. MARTINEZ**
**UNITED STATES MAGISTRATE JUDGE**

APPROVED: *(Prior to modification by the Court)*

TEMPLEMAN & CRUTCHFIELD, P.C.
Barry Crutchfield
113 E. Washington Ave.
Lovington, NM 88260
(575) 396-4927

BLENDEN LAW FIRM

By   **Electronically Approved on 03/10/16**
      Dick A. Blenden
      208 W. Stevens
      Carlsbad, NM 88220
      (575) 887-2071
*Attorneys for Plaintiff*

ATWOOD, MALONE, TURNER & SABIN, P.A.

By   **Electronically Submitted on 03/10/16**
      Bryan Evans
      Carla Neusch Williams
      P.O. Drawer 700
      Roswell, NM 88202-0700
      (575) 622-6221
*Attorneys for Defendants Officer Raymond Smith and Hobbs Police Department*